Emily MacMaster
Idaho State Bar No. 6449
MacMaster Law, PLLC
1925 N. Locust Grove Road
Meridian, Idaho 83646
Telephone: (208) 608-2235
emily@macmasterlaw.com
emacmaster07@gmail.com

Ricardo J. Prieto
rprieto@wageandhourfirm.com
Texas State Bar No. 24062947
Melinda Arbuckle
marbuckle@wageandhourfirm.com
Texas State Bar No. 24080773
Wage and Hour Firm
400 North Saint Paul Street, Suite 700
Dallas, Texas 75201
(214) 210-2100 – Telephone
(469) 399-1070 – Facsimile

*Attorneys for Plaintiff and Putative Collective
Action Members*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Shane Chaffer, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Frontline EMS LLC,<br><br>    Defendant. | Civil Action No. 1:22-cv-00181-DCN<br><br>PLAINTIFF'S UNOPPOSED MOTION TO TRANSFER VENUE TO THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION |

Plaintiff Shane Chaffer respectfully moves for the transfer of this case from the District of

Idaho to the Western District of Texas, and in support would respectfully show the Court as

follows:

Plaintiff filed this action under the Federal Fair Labor Standards Act ("FLSA") on April 25, 2022 (ECF No. 1). Both Parties are represented by counsel and agree that this case could have been filed in the San Antonio Division of the Western District of Texas. As this is an FLSA case, that court properly exercises subject matter jurisdiction over the federal claims at issue. Defendant has agreed to waive any personal jurisdiction challenge, as is its right. And given the Parties' consent and for the going-forward convenience of the Parties, Plaintiff requests that the case be transferred to that district and division.

28 U.S.C. § 1404(a) provides:

> For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented.

Given the Parties' consent and acknowledgement that the transfer would serve the convenience of the parties and witnesses, pursuant to the statute, this Court should grant this motion to transfer venue. Courts typically grant stipulated motions in such instances. *See, e.g.*, *Viva Healthcare Packaging, Ltd. v. CTL Packaging USA, Inc.*, No. LA CV13-03372 JAK (MRWx), 2013 WL 12142564, at *2, n.1 (C.D. Cal. Oct. 8, 2013) (noting that Supreme Court's holding in *Hoffman v. Blaski*, 363 U.S. 335, 344 (1960) was superseded by statute where 2011 amendment to § 1404(a) provided parties could consent to any district or division regardless of whether that district or division properly exercised personal jurisdiction over the defendant or otherwise satisfied venue provisions).

**Relief Requested**

In sum, the Parties have agreed to an inter-district transfer to the San Antonio Division of the Western District of Texas, and neither party disputes that such a transfer is permissible in view of the factors considered by courts in assessing venue transfers. In the interest of justice and for

the convenience of the Parties and witnesses, Plaintiff respectfully requests that the Court transfer this case to the Western District of Texas, San Antonio Division.

On April 19–20, 2023, counsel for Plaintiff conferred with counsel for Defendant, including designated local counsel of record pursuant to District Local Rule Civ 83.4 (Civil), and confirmed that Defendant is unopposed to the relief requested in this Motion, consents to transfer, and agrees with the stipulations regarding personal jurisdiction in this Motion.

Dated: April 20, 2023                         Respectfully submitted,

By:     /s/ Emily MacMaster
        Emily MacMaster
        Idaho State Bar No. 6449
        MacMaster Law, PLLC
        1925 N. Locust Grove Road
        Meridian, Idaho 83646
        Telephone: (208) 608-2235
        emily@macmasterlaw.com
        emacmaster07@gmail.com

        Ricardo J. Prieto
        rprieto@wageandhourfirm.com
        Texas State Bar No. 24062947
        Melinda Arbuckle
        marbuckle@wageandhourfirm.com
        Texas State Bar No. 24080773
        Wage and Hour Firm
        400 North Saint Paul Street, Suite 700
        Dallas, Texas 75201
        (214) 210-2100 – Telephone
        (469) 399-1070 – Facsimile

        *Attorneys for Plaintiff and Putative Collective
        Action Members*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 20, 2023, I filed the foregoing document with the Clerk of Court for the United States District Court of Idaho using the CM/ECF method of the Court, which filing served all counsel of record electronically.

<u>/s/ Emily MacMaster</u>
Emily MacMaster